Argued and submitted March 8, appeal dismissed April 20, petition for review denied October 6, 2016 (360 Or 423)

CHRISTOPHER PAUL POULAIN,
*Petitioner-Appellant,*

*v.*

Brigitte AMSBERRY,
Interim Superintendent,
Eastern Oregon Correctional Institution,
*Defendant-Respondent.*

Umatilla County Circuit Court
CV130901; A157040

373 P3d 185

Jason Weber argued the cause for appellant. With him on the brief was O'Connor Weber LLP.

Peenesh H. Shah, Assistant Attorney General, argued the cause for respondent. With him on the brief were Ellen F. Rosenblum, Attorney General, and Paul L. Smith, Deputy Solicitor General.

Before Armstrong, Presiding Judge, and Egan, Judge, and Shorr, Judge.

PER CURIAM

Appeal dismissed. *Dillard v. Premo,* 276 Or App 65, 67, 366 P3d 797 (2016).